**Registration Number**

# TX 7-727-556

**Effective date of
registration:**

September 4, 2013

## Title

**Title of Work:** vtd-xml version 2.3

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** February 23, 2008       **Nation of 1st Publication:** United States

## Author

- **Author:** XimpleWare, Inc.

  **Author Created:** computer program

  **Work made for hire:** Yes

  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** XimpleWare, Inc.

291 Oakhurst Way, Milpitas, CA, 95035, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program, Claim excludes CUP Parser Generator for Java, which is
a software component included within the work

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** Computerlaw Group LLP

**Name:** Ansel  Halliburton

**Email:** ahalliburton@computerlaw.com       **Telephone:** 650-327-9800

**Address:** 401 Florence Street

Palo Alto, CA 94301  United States

## Certification

**Name:**   Ansel Halliburton

**Date:**   September 4, 2013

**Applicant's Tracking Number:**   XIMP

**Registration #:**   TX0007727556

**Service Request #:**   1-988999231

Computerlaw Group LLP
Ansel Halliburton
Computerlaw Group LLP
401 Florence Street
Palo Alto, CA 94301