ATTACHMENT I
CIVIL CASE COVER SHEET

(c)     Attorneys *(Firm Name, Address, and Telephone Number)*

Jack Russo (California State Bar No. 96068)
Christopher Sargent (California State Bar No. 246285)
Ansel Halliburton (California State Bar No. 282906)

Computerlaw Group LLP
401 Florence Street
Palo Alto, CA 94301
Tel: (650) 327-9800

DEFENDANTS (cont.)

Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., and Ameriprise Financial, Inc., Ameriprise Financial Services, Inc., and Aurea Software, Inc. a/k/a Aurea, Inc.