AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| XimpleWare, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Versata, Inc. et al. <br><br> *Defendant(s)* | Civil Action No. 13-5160 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Versata Software, Inc., f/k/a Trilogy Software, Inc., a Delaware corporation
401 Congress Avenue, Suite 2650
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jack Russo
Christopher Sargent
Ansel Halliburton
Computerlaw Group LLP
401 Florence Street
Palo Alto, CA 94301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| XimpleWare, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Versata, Inc. et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-5160 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Trilogy Development Group, Inc., a California corporation
350 Cambridge Avenue, #200
Palo Alto, CA 94306

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jack Russo
Christopher Sargent
Ansel Halliburton
Computerlaw Group LLP
401 Florence Street
Palo Alto, CA 94301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| XimpleWare Corp. <br><br> *Plaintiff(s)* <br> v. <br> Verstata Software, Inc. et al. <br><br> *Defendant(s)* | Civil Action No. 13-5160 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Aurea Software, Inc., ak/a/ Aurea, Inc., a Delaware corporation
401 Congress Avenue, Suite 2650
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jack Russo
Christopher Sargent
Ansel Halliburton
Computerlaw Group LLP
401 Florence Street
Palo Alto, CA 94301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| XimpleWare, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Versata, Inc. et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 13-5160 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Ameriprise Financial, Inc., a Delaware corporation
707 2nd Avenue SO
Minneapolis, MN 55474


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jack Russo
Christopher Sargent
Ansel Halliburton
Computerlaw Group LLP
401 Florence Street
Palo Alto, CA 94301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                                          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| XimpleWare, Inc. *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) Civil Action No. 13-5160 |
| Versata, Inc. et al. *Defendant(s)* | ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ameriprise Financial Services, Inc., a Delaware corporation
707 2nd Avenue SO
Minneapolis, MN 55474

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jack Russo
Christopher Sargent
Ansel Halliburton
Computerlaw Group LLP
401 Florence Street
Palo Alto, CA 94301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
*Signature of Clerk or Deputy Clerk*