GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Defendants Ameriprise Financial, Inc.
and Ameriprise Financial Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIMPLEWARE CORP., <br><br> Plaintiff, <br><br> v. <br><br> VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, INC.; AND AUREA SOFTWARE, INC A/K/A AUREA, INC., <br><br> Defendant. | Case No. 13-cv-05160 NC <br><br> **ENTRY OF APPEARANCE OF CASE COLLARD** |

Case Collard of Dorsey & Whitney LLP hereby enters his appearance in this case as counsel on behalf of Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc.

| | |
|---|---|
| 1 | Respectfully submitted November 22, 2013. |
| 2 | /s/ Case Collard |
| | Gregory S. Tamkin |
| 3 | Case Collard |
| | DORSEY & WHITNEY, LLP |
| 4 | Email: tamkin.greg@dorsey.com |
| | Email: collard.case@dorsey.com |
| 5 | 1400 Wewatta Street, Suite 400 |
| | Denver, CO 80202-5549 |
| 6 | Telephone:(303) 629-3400 |
| 7 | Facsimile: (303) 629-3450 |
| | ***Attorneys for Defendants Ameriprise Financial, Inc.*** |
| 8 | ***and Ameriprise Financial Services, Inc.*** |

CERTIFICATE OF SERVICE

On November 22, 2013, I caused the foregoing document, titled ENTRY OF APPEARANCE OF CASE COLLARD, to be electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case. Pursuant to General Order No. 45, Sections II.G. and IX, the Notice of Electronic Filing when e-mailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

*/s/ Case Collard*
Case Collard