1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  Ansel Halliburton (Cal. Bar No. 282906)
   COMPUTERLAW GROUP LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  (650) 327-9800
   (650) 618-1863 fax
5  jrusso@computerlaw.com
   csargent@computerlaw.com
6  ahalliburton@computerlaw.com

7  Attorneys for Plaintiff
   XIMPLEWARE CORP.

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | **XimpleWare Corp.**, a California Corporation, | Case No. 3:13-cv-5160-NC |
13 |                                                  |                           |
14 |                 Plaintiff;                       | **PLAINTIFF XIMPLEWARE CORP.'S NOTICE OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND FOR EXPEDITED DISCOVERY** |
15 |                 v.                               |                           |
16 | **Versata Software, Inc., f/k/a Trilogy Software, Inc.,** a Delaware corporation; **Trilogy Development Group, Inc.,** a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; and **Ameriprise Financial Services, Inc.,** a Delaware corporation, | |
17 |                                                  | Date:      November 26, 2013 (or earlier) |
18 |                                                  | Time:      1:00 p.m. |
19 |                                                  | Before:    Hon. Nathaniel M. Cousins |
   |                 Defendants.                      | Courtroom: A, 15th Floor |

Computerlaw Group LLP
www.computerlaw.com<sup>sm</sup>

### NOTICE OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER

NOTICE TO DEFENDANTS VERSATA SOFTWARE, INC., TRILOGY DEVELOPMENT GROUP, INC., AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on November 26, 2013, or as soon as the application may be heard, Plaintiff XimpleWare Corp. ("XimpleWare") will move the United States District Court in the Northern District of California, located at Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102, under Rule 65 of the Federal Rules of Civil Procedure and before the Magistrate Judge Nathaniel M. Cousins or another Magistrate Judge or District Judge designated in this case, for: (1) a Temporary Restraining Order; (2) an Order to Show Cause re: Preliminary Injunction; and (3) an Order Granting Expedited Discovery. This application is based on this Notice, the accompanying Memorandum of Points and Authorities, on the supporting Declarations of XimpleWare CEO Zhengyu "Jimmy" Zhang and Jack Russo, Esq., submitted herewith, and on the demonstration therein of the immediate and irreparable injury that will result to XimpleWare absent such relief, and on such other matters as may be presented to the Court at the hearing hereon.

COMPUTERLAW GROUP LLP

Dated: November 24, 2013     By:   /s/ Jack Russo
                                   Jack Russo
                                   Christopher Sargent
                                   Ansel Halliburton

                                   Attorneys for Plaintiff
                                   XIMPLEWARE CORP.