# Ansel Halliburton



**From:** Lancaster.Peter@dorsey.com <Lancaster.Peter@dorsey.com>
**Sent:** Sunday, July 28, 2013 1:06 PM
**To:** Jack Russo; bahrick@ix.netcom.com
**Subject:** FW: Classpath Exception.pdf

This is the referenced exhibit B.  Versata states that it was taken from their files.  They've implied, though not clearly, that they might have obtained Ximpleware through a form of the GPL with this language.  Peter

**Peter Lancaster** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  L L P**
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
www.dorsey.com
**P:** 612.340.7811   **F:** 612.340.8856
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.

"CLASSPATH" EXCEPTION TO THE GPL VERSION 2

Certain source files distributed by Oracle are subject to the following clarification and special exception to the GPL Version 2, but only where Oracle has expressly included in the particular source file's header the words "Oracle designates this particular file as subject to the "Classpath" exception as provided by Oracle in the License file that accompanied this code."

Linking this library statically or dynamically with other modules is making a combined work based on this library.  Thus, the terms and conditions of the GNU General Public License Version 2 cover the whole combination.

GNU-general-public-license(GPL)-version-2-LICENSE

As a special exception, the copyright holders of this library give you permission to link this library with independent modules to produce an executable, regardless of the license terms of these independent modules, and to copy and distribute the resulting executable under terms of your choice, provided that you also meet, for each linked independent module, the terms and conditions of the license of that module.  An independent module is a module which is not derived from or based on this library.  If you modify this library, you may extend this exception to your version of the library, but you are not obligated to do so.  If you do not wish to do so, delete this exception statement from your version.