| | |
|---|---|
| **From:** | Jack Russo |
| **Sent:** | Thursday, November 21, 2013 3:16 PM |
| **To:** | luemers.martha@dorsey.com |
| **Cc:** | Eric Young; Ansel Halliburton |
| **Subject:** | Re: Ameriprise Financial, Inc., et al v. XimpleWare Corp. - Notice of Ex Parte appearance on Friday, Nov. 22 |
| | |
| **Categories:** | Exhibit |

I never received any notice of this in accord with our Local Rules here nor can I appear tomorrow morning as I am on a flight for another case in Los Angeles and that cannot be changed at this point as I have meetings there starting at 8am PST.  I suggest that you schedule any ex parte for a different date and that you consider the TRO application that we are filing today with the Federal Court here and where we will ask for expedited discovery on a mutual basis as I have been suggesting all along.  Please read my proposed Order as I have tried to address the "fairnesss" issue from your point of view with respect to depositions and other discovery that you would presumably want as part of any Order from any Court on this subject.


Regards,
Jack Russo
Managing Partner
COMPUTERLAW GROUP LLP
www.computerlaw.com


Sent from Windows Mail


**From:** luemers.martha@dorsey.com
**Sent:** Thursday, November 21, 2013 2:48 PM
**To:** Jack Russo


Dear Mr. Russo,

I have tried to reach you through your office number, but it goes to a general voicemail box.  Would you please let me know if XimpleWare plans to appear and oppose Ameriprise's ex parte application?

Regards,

**Martha C. Luemers**
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**D O R S E Y  &  W H I T N E Y  LLP**
305 Lytton Avenue
Palo Alto, CA 94301
www.dorsey.com
**P:** 650.843.2725   **F:** 650.857.1288

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*