Filed
13 January 4 P3:43
Amalia Rodriguez-Mendoza
District Clerk
Travis District
D-1-GN-12-003588

NO. D-1-GN-12-003588

| | | |
|---|---|---|
| VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., and VERSATA DEVELOPMENT GROUP, INC., f/k/a TRILOGY DEVELOPMENT GROUP, INC., | § § § § § § | IN THE DISTRICT COURT |
| *Plaintiffs*, | § § | |
| v. | § § | TRAVIS COUNTY, TEXAS |
| AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., AMERICAN ENTERPRISE INVESTMENT SERVICES, INC., | § § § § § § | |
| *Defendants*. | § § | 53rd JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF THE COURT:

NOW COME Defendants Ameriprise Financial, Inc., Ameriprise Financial Services, Inc., and American Enterprise Investment Services, Inc. (collectively "Defendants") and file this Original Answer and state as follows.

### I. General Denial

Pursuant to Texas Rule of Civil Procedure 92, Defendants generally deny all of the allegations contained in Plaintiffs' Original Petition and demand strict proof thereof. Defendants reserve the right to amend this Answer.

**Defendants' Original Answer** - Page 1

AUS:9900010/00000:493216v1

## II. Prayer

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiffs take nothing by their suit, Defendants be awarded their costs of court expended in defense of Plaintiffs' claims, and Defendants have all other and further relief, at law or in equity, to which they be entitled.

Respectfully submitted,

LOCKE LORD LLP

By /s/ G. Alan Waldrop
G. Alan Waldrop
State Bar No. 20685700
John R. Nelson
State Bar No. 0159840
100 Congress Avenue, Suite 300
Austin, Texas 78701
(512) 305-4700 (Telephone)
(512) 305-4800 (Facsimile)
E-Mail: awaldrop@lockelord.com
E-Mail: jnelson@lockelord.com

**Of Counsel:**

DORSEY & WHITNEY LLP
Peter M. Lancaster (MN ID # 0159840)
Heather D. Redmond (MN ID # 0313233)
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402-1498
(612) 340-2600 (Telephone)
(612) 340-3868 (Facsimile)
E-Mail: lancaster.peter@dorsey.com
E-Mail: redmond.heather@dorsey.com

*Attorneys for Defendants*

**Defendants' Original Answer** - Page 2

AUS:9900010/00000:493216v1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Answer was served on the following counsel of record by the methods stated below on the 4th day of January 2013:

**Via CaseFileExpress & E-Mail: tcbarton@mcginnislaw.com**
Travis Barton
McGinnis, Lochridge & Kilgore, LLP
600 Congress Ave., Suite 2100
Austin, TX  78701
*Attorneys for Plaintiffs*

**Via Facsimile:  713-655-0062 & E-Mail: smitby@azalaw.com, mbibb@azalaw.com**
Steven J. Mitby
Megan Bibb
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC
1221 McKinney Street, Suite 3460
Houston, TX  77010
*Attorneys for Plaintiffs*

_____
G. Alan Waldrop

**Defendants' Original Answer** - Page 3

AUS:9900010/00000:493216v1