```java
/*
 * Copyright (C) 2002-2008 XimpleWare, info@ximpleware.com
 *
 * This program is free software; you can redistribute it and/or modify
 * it under the terms of the GNU General Public License as published by
 * the Free Software Foundation; either version 2 of the License, or
 * (at your option) any later version.
 *
 * This program is distributed in the hope that it will be useful,
 * but WITHOUT ANY WARRANTY; without even the implied warranty of
 * MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the
 * GNU General Public License for more details.
 *
 * You should have received a copy of the GNU General Public License
 * along with this program; if not, write to the Free Software
 * Foundation, Inc., 59 Temple Place - Suite 330, Boston, MA 02111-1307, USA.
 */
package com.ximpleware;
import com.ximpleware.xpath.Expr;
/**
 * The parser.java uses this class to contruct the corresponding
 * AST for XPath expression when there are two operands and one
 * operator
 *
 */
public class BinaryExpr extends Expr {
    public final static int ADD = 0;
    public final static int SUB = 1;
    public final static int MULT = 2;
    public final static int DIV = 3;
    public final static int MOD = 4;
    public final static int OR = 5;
    public final static int AND = 6;
    public final static int EQ = 7;
    public final static int NE = 8;
    public final static int LE = 9;
    public final static int GE = 10;
    public final static int LT = 11;
    public final static int GT = 12;
    //public final static int UNION = 13;
```