# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| XIMPLEWARE CORP., a California Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>VERSATA SOFTWARE, INC., F/K/A TRILOGY SOFTWARE, INC., a Delaware corporation; TRILOGY DEVELOPMENT GROUP, INC., a California corporation; AMERIPRISE FINANCIAL, INC., a Delaware corporation; and AMERIPRISE FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 13-cv-05160 NC<br><br>**ORDER RE: CONSENT TO JURISDICTION AND RESETTING HEARING ON XIMPLEWARE CORP.'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND FOR EXPEDITED DISCOVERY**<br><br>Re: Dkt. No. 12 |

The hearing on XimpleWare's ex parte application for temporary restraining order, for order to show cause re: preliminary injunction, and for expedited discovery, Dkt. No. 12, is hereby reset from November 26 to November 27, 2013 at 11:00 a.m. in Courtroom 2, 5th Floor, 280 So. First Street, San Jose Courthouse.

To date, only XimpleWare has filed a consent to the undersigned Magistrate Judge's jurisdiction. The Court orders defendants to sign and file one of the enclosed forms no later than November 26, 2013 at 4:00 p.m., indicating whether they consent to the jurisdiction of

Case No. 13-cv-05160 NC
ORDER RE: CONSENT AND
RESETTING HEARING

1 the Magistrate Judge in this matter or request reassignment to a District Court Judge.

2     The Court's tentative ruling on the motion to expedite discovery is to deny the motion
3 without prejudice for failure to meet and confer, see Civ. L.R. 37-1(a).

4     IT IS SO ORDERED.

5 Date: November 25, 2013

                                       Nathanael M. Cousins
6                                        United States Magistrate Judge