| | |
|---|---|
| 1 | Jack Russo (Cal. Bar No. 96068) |
|   | Christopher Sargent (Cal. Bar No. 246285) |
| 2 | Ansel Halliburton (Cal. Bar No. 282906) |
|   | COMPUTERLAW GROUP LLP |
| 3 | 401 Florence Street |
|   | Palo Alto, CA 94301 |
| 4 | (650) 327-9800 |
|   | (650) 618-1863 fax |
| 5 | jrusso@computerlaw.com |
|   | csargent@computerlaw.com |
| 6 | ahalliburton@computerlaw.com |
| 7 | Attorneys for Plaintiff |
|   | XIMPLEWARE CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**XimpleWare Corp.**, a California Corporation,

　　　　　　Plaintiff;

　v.

**Versata Software, Inc., f/k/a Trilogy Software, Inc.**, a Delaware corporation; **Trilogy Development Group, Inc.**, a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.**, a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.**, a Delaware corporation,

　　　　　　Defendants.

Case No. 3:13-cv-5160 NC

**CERTIFICATE OF SERVICE**

1  I am a resident of the State of California, over the age of eighteen years, and not a party
2  to the within action. I work with the law firm of COMPUTERLAW GROUP LLP, whose
3  address is 401 Florence Street, Palo Alto, California 94301. On November 25, 2013, I caused to
4  be served the following document(s) by the method(s) listed below:

1. PLAINTIFF XIMPLEWARE CORP.'S NOTICE OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND FOR EXPEDITED DISCOVERY

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF XIMPLEWARE'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND FOR EXPEDITED DISCOVERY

3. DECLARATION OF JACK RUSSO IN SUPPORT OF PLAINTIFF XIMPLEWARE CORP.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND ORDER GRANTING EXPEDITED DISCOVERY

4. DECLARATIONA OF ZHENGYU ZHANG IN SUPPORT OF PLAINTIFF XIMPLEWARE CORP.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE, AND ORDER GRANTING EXPEDITED DISCOVERY

5. CERTIFICATE OF SERVICE

| ☐ MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, the document(s) described herein would be sealed in an envelope which would be deposited with the United States Postal Service on the above-listed date with postage thereon fully prepaid in the ordinary course of business. | ☒ FEDEX: I am readily familiar with the practice of Computerlaw Group LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein were deposited on the date set forth below in a box or other facility regularly maintained by FedEx for overnight delivery in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person(s) at the address(es) set forth below. |
|---|---|
| ☐ HAND: I personally delivered the above-listed documents on the date set forth above to an authorized courier to be served by hand by said courier on the date set forth above to the person(s) at the address(es) set forth below. | ☒ ELECTRONIC MAIL: I caused a true copy of the foregoing document(s) to be served on counsel via e-mail at the addresses set forth below. Each e-mail was complete and no reports of error were received. |

Computerlaw Group LLP
www.computerlaw.com℠

Certificate of Service           1           Case No. 3:13-cv-5160 NC

| | |
|---|---|
| 1 | Alisa Lipski, Esq. (by Email and Fedex) |
| | Ahmad Zavitsanos Anaipakos Alavi & Mensing P.C. |
| 2 | 1221 McKinney Street, Ste. 3460 |
| | Houston, TX 77010 |
| 3 | alipski@azalaw.com |
| 4 | |
| | Amir Alavi, Esq. (by Email only) |
| | Ahmad Zavitsanos Anaipakos Alavi & Mensing P.C. |
| 5 | 1221 McKinney Street, Ste. 3460 |
| | Houston, TX 77010 |
| 6 | aalavi@azalaw.com |
| 7 | |
| | David Bohrer, Esq. (by Email only) |
| 8 | Valorem Law Group |
| | 60 South Market Street, Ste. 1400 |
| 9 | San Jose, CA 95113 |
| 10 | David.bohrer@valoremlaw.com |

I declare under penalty of perjury under the laws of the State of California and of the United States that the above is true and correct based upon my personal knowledge.

Executed on November 25, 2013 in Palo Alto, California.



Eric Young