AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
ALISA LIPSKI (SBN 278710)
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

VALOREM LAW GROUP
DAVID C. BOHRER (212397)
david.bohrer@valoremlaw.com
Sixty South Market Street, Suite 1400
San Jose, CA, 95113-2396
Telephone:   (408) 938-3882
Facsimile:    (408) 915-2672

Attorneys for Defendants Versata Software, Inc.
f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.
and Aurea Software, Inc. a/k/a Aurea, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp**, a California Corporation, | Case No. 3:13-CV-05160 |
| Plaintiffs, | **NOTICE OF APEARANCE OF COUNSEL** |
| v. | |
| **Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc.** a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; **Ameriprise Financial Services, Inc**. a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc**., a Delaware corporation, | |
| Defendants. | |

Defendants Versata Software, Inc. f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., and Aurea Software, Inc. a/k/a Aurea, Inc. hereby notify the Court and all parties of record that David C. Bohrer, State Bar No. 212397, of Valorem Law Group, LLP, will be appearing as an attorney of record on its behalf in the above – styled and numbered cause.

Dated: November 26, 2013             VALOREM LAW GROUP

                                     By: */s/ David C. Bohrer*
                                         David C. Bohrer

                                     Attorneys for Defendants Versata Software, Inc.
                                     f/k/a Trilogy Software, Inc., Trilogy
                                     Development Group, Inc.
                                     and Aurea Software, Inc. a/k/a Aurea, Inc.

1.

**NOTICE OF APPEARANCE OF COUNSEL**
**CASE NO. 3:13-CV-05160**

CERTIFICATE OF SERVICE

The undersigned herby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: November 26, 2013        By: */s/ David C. Bohrer*
                                                                 David C. Bohrer