GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile:  (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Defendants Ameriprise Financial, Inc.*
*and Ameriprise Financial Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIMPLEWARE CORP., | Case No. 13-cv-05160 NC |
| Plaintiff, | |
| v. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, INC.; AND AUREA SOFTWARE, INC A/K/A AUREA, INC., | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | | |
|---|---|---|
| 1 | Dated:  November 26, 2013 | /s/ Gregory S, Tamkin |
| 2 | | Gregory S. Tamkin |
| | | Case Collard |
| 3 | | DORSEY & WHITNEY, LLP |
| | | Email: tamkin.greg@dorsey.com |
| 4 | | Email: collard.case@dorsey.com |
| | | 1400 Wewatta Street, Suite 400 |
| 5 | | Denver, CO 80202-5549 |
| | | Telephone:(303) 629-3400 |
| 6 | | Facsimile:  (303) 629-3450 |

***Attorneys for Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc.***

|    |    |
|---|---|
| 1  | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2  | On November 26, 2013, I caused the foregoing document, titled CONSENT TO PROCEED |
| 3  | BEFORE A UNITED STATES MAGISTRATE JUDGE, to be electronically filed with the court, |
| 4  | which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic |
| 5  | filing system and sent to all parties in this case.  Pursuant to General Order No. 45, Sections II.G. |
| 6  | and IX, the Notice of Electronic Filing when e-mailed to the email addresses of record for counsel in |
| 7  | the case constitutes service on the receiving parties. |
| 8  | /s/ Gregory S. Tamkin |
| 9  | Gregory S. Tamkin |
| 10 |    |
| 11 |    |
| 12 |    |
| 13 |    |
| 14 |    |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |