# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Benjamin Francis Foster

*Northern District of Illinois*

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Benjamin Francis Foster was duly admitted to practice in said Court on (12/16/2010) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/22/2013 )

Thomas G. Bruton, Clerk,

By: Nadine S. Finley
Deputy Clerk