AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.
ALISA LIPSKI (SBN 278710)
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

VALOREM LAW GROUP
DAVID C. BOHRER (212397)
david.bohrer@valoremlaw.com
Sixty South Market Street, Suite 1400
San Jose, CA, 95113-2396
Telephone:   (408) 938-3882
Facsimile:   (408) 915-2672

Attorneys for Defendants Versata Software, Inc.
f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.
and Aurea Software, Inc. a/k/a Aurea, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp**, a California Corporation, | Case No. 3:13-CV-05160 |
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | **AND** |
| **Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc.** a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; **Ameriprise Financial Services, Inc**. a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc**., a Delaware corporation, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: November 26, 2013

Signature: */s/ David C. Bohrer*

David C. Bohrer

VALOREM LAW GROUP, LLP

Attorneys for Defendants Versata Software, Inc.
f/k/a Trilogy Software, Inc.,
Trilogy Development Group, Inc. and Aurea
Software, Inc. a/k/a Aurea, Inc.

1.

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A US DISTRICT JUDGE**
**CASE NO. 3:13-CV-05160**

## CERTIFICATE OF SERVICE

The undersigned herby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: November 26, 2013         By: */s/ David C. Bohrer*
                                     David C. Bohrer

2.

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A US DISTRICT JUDGE**
**CASE NO. 3:13-CV-05160**