**United States District Court**
For the Northern District of California

1

2

3

4                       UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7
    XIMPLEWARE CORP.,                           Case No.  3:13-cv-05160  NC
8
                Plaintiff,                       NOTICE OF IMPENDING
9                                                REASSIGNMENT TO A UNITED
                                                 STATES DISTRICT COURT JUDGE
10          v.

11   VERSATA SOFTWARE, INC., et al.,

12              Defendants.
    _____/
13
            The Clerk of this Court will now randomly reassign this case to a United States District Judge
14
    because either:
15
    XX    (1)     One or more of the parties has requested reassignment to a United States District Judge
16
    or has not consented to the jurisdiction of a United States Magistrate Judge, or
17
          (2)     One or more of the parties has sought a type of judicial action (e.g., a temporary
18
    restraining order) that a United States Magistrate Judge may not take without the consent of all parties,
19
    the necessary consents have not been secured, and time is of the essence.
20
            The motion hearing scheduled for November 27, 2013 at 11:00 a.m. and the Case Management
21
    Conference previously scheduled for February 5, 2014, at  10:00 a.m. on Magistrate Judge Cousins'
22
    calendar will NOT be held.
23

24
    Dated:  November 26, 2013
25
                                                 Richard W. Wieking, Clerk
26                                               United States District Court

27                                               By: Lili M. Harrell
                                                 Deputy Clerk
28