Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

XimpleWare Corp.

                    Plaintiff(s),

   v.

Versata Software, Inc., et al

                  Defendant(s).

Case No: 3:13-cv-05160

**APPLICATION FOR**
**ADMISSION OF ATTORNEY**
**PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Amir Alavi                    , an active member in good standing of the bar of Texas                    , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Versata, Trilogy, and Aurea    in the above-entitled action. My local co-counsel in this case is David Bohrer                    , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1221 McKinney Street, Suite 3460 Houston, Texas 77010 | 60 S. Market Street, Suite 1400 San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD: (713) 655-1101 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (408) 938-3882 |
| MY EMAIL ADDRESS OF RECORD: aalavi@azalaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: David.Bohrer@Valoremlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00793239     .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/26/13

                            Amir Alavi
                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Amir Alavi                    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                             October 2012