Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XimpleWare Corp.<br><br>Plaintiff(s),<br><br>v.<br><br>Versata Software, Inc., et al<br><br>Defendant(s). | Case No: 3:13-cv-05160<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Benjamin Foster, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Versata, Trilogy, and Aurea in the above-entitled action. My local co-counsel in this case is David Bohrer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1221 McKinney Street, Suite 3460<br>Houston, Texas 77010 | 60 S. Market Street, Suite 1400<br>San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (713) 655-1101 | (408) 938-3882 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bfoster@azalaw.com | David.Bohrer@Valoremlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24080898.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/26/13                    Benjamin Foster
                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin Foster is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/26/13                    Susan Illston
                                   UNITED STATES DISTRICT/M~~AGISTRAT~~E JUDGE

PRO HAC VICE APPLICATION & ORDER                                   October 2012

# CERTIFICATE OF GOOD STANDING



United States of America

} ss. Benjamin Francis Foster

Northern District of Illinois

    I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Benjamin Francis Foster was duly admitted to practice in said Court on (12/16/2010) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/22/2013 )

Thomas G. Bruton, Clerk,
By: Nadine S. Finley
Deputy Clerk