| | |
|---|---|
| 1 | Jack Russo (Cal. Bar No. 96068) |
| | Christopher Sargent (Cal. Bar No. 246285) |
| 2 | Ansel Halliburton (Cal. Bar No. 282906) |
| | COMPUTERLAW GROUP LLP |
| 3 | 401 Florence Street |
| | Palo Alto, CA 94301 |
| 4 | (650) 327-9800 |
| | (650) 618-1863 fax |
| 5 | jrusso@computerlaw.com |
| | csargent@computerlaw.com |
| 6 | ahalliburton@computerlaw.com |
| 7 | Attorneys for Plaintiff |
| | XIMPLEWARE CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**XimpleWare Corp.**, a California Corporation,

　　　　　　　Plaintiff;

　　v.

**Versata Software, Inc., f/k/a Trilogy Software, Inc.,** a Delaware corporation; **Trilogy Development Group, Inc.**, a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; **Ameriprise Financial Services, Inc.**, a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.**, a Delaware corporation,

　　　　　　　Defendants.

**Case No. 3:13-cv-5160 SI**

**PLAINTIFF XIMPLEWARE CORP.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff XimpleWare Corp. for its disclosure statement certifies as follows:

XimpleWare Corp. is a privately held company and no parent corporation or other publicly held corporation owns 10% or more stock.

Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

|  |  |
|---|---|
| | COMPUTERLAW GROUP LLP |
| Dated: November 27, 2013 | By: /s/ Christopher Sargent |
| | Jack Russo |
| | Christopher Sargent |
| | Ansel Halliburton |
| | |
| | Attorneys for Plaintiff |
| | XIMPLEWARE CORP. |