AO 440A (8/87) Notice and Acknowledgment For Service by Mail ⓘ

# United States District Court

_____Northern_____ DISTRICT OF _____California_____

XimpleWare Corp.

**V.**

Versata Software Inc., et al.

## NOTICE AND ACKNOWLEDGMENT
## FOR SERVICE BY MAIL

CASE NUMBER: 3:13-cv-5160 NC

### NOTICE

To: Ameriprise Financial Services, Inc. c/o Dorsey and Whitney LLP, 1400 Wewatta Street, Ste. 400, Denver, CO 80202
_____Name and Address of Person to be Served_____

    The enclosed summons and complaint are served pursuant to the Rule 4(c)(2)(C)(ii) of the Federal Rules of Civil Procedure.

    You must complete the acknowledgment part of this form and return one copy of the completed form to the sender **to be received by the sender within 20 days of the date of mailing indicated below.**

    You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

    **If you do not complete and return the form to the sender within the period indicated above,** you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving the summons and complaint in any other manner permitted by law.

    **THIS FORM IS NOT AN ANSWER TO THE COMPLAINT.** You must answer the complaint within the period of time indicated on the summons. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

    I declare under penalty of perjury that this Notice and Acknowledgment of Receipt of Summons and Complaint will have been mailed on November 8, 2013.
                                      Date

_____[signature]_____
Signature of Sender

Ansel Halliburton        401 Florence Street, Palo Alto, CA 94301
    Name of Sender                                                                          Address of Sender

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

    I declare under penalty of perjury that I received a copy of the summons and of the complaint in this case on November 12, 2013 at 1400 Wewatta Street, #400, Denver, CO 80202
    Date of Receipt                            Address

November 22, 2013
    Date of Signature                                      Signature

Gregory S. Tamkin                     counsel for Ameriprise Financial Services, Inc.
    Name (Please Type or Print)                    Relationship of Entity Served or Authority to Receive Service of Process

1400 Wewatta Street, #400, Denver, CO 80202
    Current Address