GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile:  (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Defendants Ameriprise Financial, Inc.
and Ameriprise Financial Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XIMPLEWARE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, INC.; AND AUREA SOFTWARE, INC A/K/A AUREA, INC.,<br><br>Defendant. | Case No. 13-cv-05160 NC<br><br>DECLARATION OF CASE COLLARD IN OPPOSITION TO XIMPLEWARE'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE RE:  PRELIMINARY INJUNCTION AND FOR EXPEDITED DISCOVERY |

I, Case Collard, declare as follows:

1. I am an attorney duly licensed to practice law before all the Courts of the State of California.  I am an associate at the law firm of Dorsey & Whitney LLP ("Dorsey & Whitney"), counsel of record for Defendant Ameriprise in the above-captioned matter.  I make this declaration in Opposition to XimpleWare's *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause Re: Preliminary Injunction, and For Expedited Discovery.  I have personal knowledge of the facts stated herein, and if called as a witness in this case, I could and would competently testify to these facts under oath.

2

    2.    On November 25, 2013 I successfully downloaded a copy of ximpleware_2.11_java.zip from http://sourceforge.net/projects/vtd-xml/. I also successfully downloaded a copy of ximpleware_2.11_java.zip from http://sourceforge.net/projects/vtd-xml/files/vtd-xml/ximpleware_2.11/.

    3.    Attached hereto as Exhibit 1 is a true and correct copy of Ameriprise's Petition to Enforce Deposition Subpoena.

Dated:  December 2, 2013.    DORSEY & WHITNEY LLP


    By:  /s/ Case Collard
          Case Collard