Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
Ansel Halliburton (Cal. Bar No. 282906)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com
ahalliburton@computerlaw.com

Attorneys for Plaintiff
XIMPLEWARE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, a California Corporation,<br><br>  Plaintiff;<br><br>  v.<br><br>**Versata Software, Inc., f/k/a Trilogy Software, Inc.,** a Delaware corporation; **Trilogy Development Group, Inc.,** a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; and **Ameriprise Financial Services, Inc.**, a Delaware corporation,<br><br>  Defendants. | Case No. 3:13-cv-5160-NC<br><br>**DECLARATION OF JACK RUSSO IN SUPPORT OF PLAINTIFF XIMPLEWARE'S REPLY IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION, AND FOR EXPEDITED DISCOVERY** |

I, Jack Russo, declare as follows:

1. I am an attorney admitted to practice before this Court, and I am a partner at the law firm of ComputerLaw Group LLP, counsel for Plaintiff XimpleWare Corp. ("XimpleWare") in this matter. I have personal knowledge of the facts set forth in this declaration, and if called to do so I could and would testify competently to the same. I make the statements here of my own personal knowledge, unless where stated on information and belief, which statements I believe to be true, and if called to do so, I could and would testify competently to those matters stated here.

2. On Friday, November 22, 2013, an associate in my office appeared before Hon. Socartes P. Manoukian in Santa Clara County Superior Court on behalf of XimpleWare in opposition to Ameriprise's ex parte application to enforce a subpoena of XimpleWare. This appearance was in a California Superior Court an action that Defendant Ameriprise filed, *Ameriprise Financial, Inc., et al., v. XimpleWare Corp.*, no. 113-CV-256454. The following exhibits related to that *ex parte* appearance are attached:

- **Exhibit 1**: Ameriprise's Petition to Enforce Deposition Subpoena
- **Exhibit 2**: Ameriprise's *Ex Parte* Application
- **Exhibit 3**: Declaration of Case Collard (counsel for Ameriprise)
- **Exhibit 4**: XimpleWare's Declaration in Opposition
- **Exhibit 5**: Judge Manoukian's order from that hearing

3. I appeared before Judge Manoukian this Monday, December 2, 2013. The following exhibits related that that second appearance are attached:

- **Exhibit 6**: Letter from XimpleWare counsel to Judge Manoukian
- **Exhibit 7**: Letter from Ameriprise counsel to Judge Manoukian
- **Exhibit 8**: Ameriprise's Supplemental Brief
- **Exhbit 9**: The form of Judge Manoukian's order after that hearing, as agreed by the parties

4. Attached as **Exhibit 10** is a copy of an article from the website InvestmentNews that discusses the "producer" terminology and the fact that thousands of Ameriprise "producers"

are independent contractors or otherwise not Ameriprise employees. Relevant portions of the article are highlighted for the Court's convenience.

5. Attached as **Exhibit 11** is an excerpt from Ameriprise's most recent Annual Report filed with the U.S. Securities Exchange Commission on February 26, 2013. The Annual Report states at p. 5:

> We provide clients financial planning, advice and brokerage services through our nationwide network of more than 9,700 advisors, of which more than 2,300 are employees of our company and more than **7,400 are independent franchisees or employees or contractors of franchisees**.

(emphasis added). Relevant portions of the article are highlighted for the Court's convenience. The full annual report is available from the SEC's website at

http://www.sec.gov/Archives/edgar/data/820027/000104746913001718/a2212970z10-k.htm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I signed this declaration on December 3, 2013 in Palo Alto, California.

/s/ Jack Russo

Jack Russo

**Computerlaw Group LLP**
www.computerlaw.com<sup>sm</sup>