GREGORY S. TAMKIN (SBN 175009)
CASE COLLARD (SBN 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile: (303) 629-3450
E-Mail: tamkin.greg@dorsey.com
        collard.case@dorsey.com

MARTHA LUEMERS (SBN 104658)
DORSEY & WHITNEY LLP
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: (650) 857-1717
Facsimile: (650) 857-1288
E-Mail: luemers.martha@dorsey.com

Attorneys for Petitioners
Ameriprise Financial, Inc.,
Ameriprise Financial Services, Inc., and
American Enterprise Investment Services, Inc.

FILED

2013 NOV 22  A 11:24

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California
By: _____
Deputy Clerk

F. Tong-Miller

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SANTA CLARA

### UNLIMITED

| | |
|---|---|
| AMERIPRISE FINANCIAL, INC., a Delaware Corporation; AMERIPRISE FINANCIAL SERVICES, INC., a Delaware Corporation; and AMERICAN ENTERPRISE INVESTMENT SERVICES, INC., a Delaware Corporation,<br><br>Petitioners,<br><br>v.<br><br>XIMPLEWARE CORP., A CALIFORNIA CORPORATION,<br><br>Respondent. | CASE NO. 113CV256454<br><br>[PROPOSED]<br>ORDER GRANTING EX PARTE APPLICATION FOR ORDER COMPELLING RESPONDENT XIMPLEWARE'S ATTENDANCE AT DEPOSITION AND PRODUCTION OF DOCUMENTS, OR, IN THE ALTERNATIVE, FOR ORDER SHORTENING TIME IN WHICH TO HEAR PETITION TO ENFORCE DEPOSITION SUBPOENA<br><br>Date: November 22, 2013<br>Time: 8:15 a.m.<br>Dept.: TBD |

1  Having considered the ex parte application of Petitioners Ameriprise Financial, Inc.,
2  Ameriprise Financial Services, Inc., and American Enterprise Investment Services, Inc.
3  (collectively "Ameriprise") for Order Compelling Respondent XimpleWare's Attendance at
4  Deposition and Production Of Documents, or, in the Alternative, for Order Shortening Time in
5  Which to Hear Petition to Enforce Deposition Subpoena, and finding good cause exists for such
6  Petition,

7  IT IS HEREBY ORDERED that the application is GRANTED.

8  IT IS FURTHER ORDERED THAT: **Ameriprise's motion for order requiring** XimpleWare's designated representative ~~shall~~ **to** appear for a deposition on
10  December 6, 2013 at 9:00 a.m. at Dorsey and Whitney LLP's Palo Alto office located at 305
11  Lytton Avenue, Palo Alto, CA 94301, and there testify concerning the topics set forth in
12  Ameriprise's Subpoena for Personal Appearance and Production of Documents, Electronically
13  Stored Information, and Things in Action Pending Outside California dated October 2, 2013 (the
14  "Subpoena"). **shall be heard at 9:00 on 2 December 2013 in Dept. 19**
15  2. XimpleWare shall **be ready** produce documents responsive to the Ameriprise Subpoena by
16  December 2, 2013. **at noon.**

18  Dated: **22 November 2013**

19  _____
    SUPERIOR COURT JUDGE
20  SOCRATES P. MANOUKIAN

21  **all parties may file additional papers**
22  **by noon on Wednesday 11/27/2013.**
23  **Email/fax service okay.**
24  ~~courtesy~~ **copies to Dept 19 are appreciated**
26  **email to smanoukian@scscourt.org**

---
-2-
[PROPOSED]
ORDER GRANTING EX PARTE APPLICATION TO COMPEL ATTENDANCE AT DEPOSITION