# Ameriprise loses top producer to LPL

Zhang leaves to work as a fee-based adviser

By **Bruce Kelly**
Jan 14, 2008 @ 12:01 am (Updated 3:36 am) EST

**0** Shares

Print | E-mail | Reprints

**Ameriprise Financial** Inc. has experienced the defection of another top representative, this time a leading producer in its franchisee group, to **LPL Financial**.

Charles Zhang, who has consistently been Minneapolis-based Ameriprise's No. 1 producer this decade, left the firm Jan. 2 to become affiliated with LPL of Boston and San Diego.

"We think LPL's platform is a better fit for us," said Mr. Zhang, the managing partner of Zhang Financial of Portage, Mich. "We like to have an open platform."

*Advertisement*

Mr. Zhang said he thinks that the greater variety of investment choices on LPL's platform will give his firm a better opportunity to work with clients as a fee-based adviser.

"We are trying to build a true fee-based practice," he said. "I want to carry a true fiduciary duty for my clients."



NEWS & OPINION ▼   DATA & RESOURCES ▼   CAREERS ▼   [EVENTS] ▼   RESEARCH ▼



**Charles Zhang:** New platform will provide more investment choices.

Along with criticism about its financial planning offerings and training of reps, a common criticism of the company has been the lack of depth in its platform, and its reliance on proprietary or home-grown products.

Though company executives disagree, observers have said Ameri-prise's platform simply doesn't stack up *(InvestmentNews,* May 29).

*Advertisement*

## MOST POPULAR

Most Viewed | Most Commented

1. Driver in celebrity death crash was Merrill Lynch adviser
2. 10 reasons to consider decanting an irrevocable trust
3. SEC puts fiduciary duty on 2014 agenda as 'long-term action'
4. How to hedge bets when claiming Social Security
5. Grab your gains and hold on tight – at least till New Year's

*Advertisement*

## @IN WIRE

 **Trevor Hunnicutt**    Dec 03 03:10PM
Mariner snaps up New York advisory firm, increases assets by more than 10% to $8.2b http://t.co/IUVmMqQrJB

 **Darla Mercado**    Dec 03 02:56PM
Decanting: Not just for wines anymore. #trusts http://t.co/... via @newsfromIN

## CAREER CENTER

 Explore your opportunities and be informed for your next move.

Company Type   - Select -
Firm Type      - Select -

Mr. Zhang said that his firm controls about $800 million in client assets, with half those managed directly by his firm and the other half managed outside the firm.

His departure comes at a sensitive time for Ameriprise. The firm is becoming more aggressive in its pursuit of independent-contractor reps, and in November, it hired Matt Kelly from **WRP Investments Inc.** of Youngstown, Ohio, to lead its recruiting of independent advisers.

Ameriprise is "trying to grow in different territories, with its eye on the independent side," said Jodie Papike, vice president of Cross-Search, a Jamul, Calif., recruiting firm for independent reps and executives. "They know they weren't really competitive on the independent side."

Mr. Zhang isn't the only big-name producer recently to leave Ameriprise, which has three brokerage platforms that total 12,000 advisers and reps. The platforms include one for franchisees, one for employees and a separate firm, **Securities America Inc.** of Omaha, designed for independent-contractor reps.

In November, Securities America lost one of its biggest-producing reps, Raymond J. Lucia and his eponymous company, to **First Allied Securities Inc.** of San Diego (*InvestmentNews*, Dec. 10).

At the time, an industry source pegged his company's production at $15 million, while records at the **Securities and Exchange Commission** indicate that its advisory business had $264 million in assets and 2,049 client accounts.

## PICKOFF PLAY

Losing Mr. Zhang on the franchisee side, which is akin to the independent model, comes when Ameriprise is gearing up to pick off independent-contractor reps from firms such as LPL.

Along with hiring Mr. Kelly, Ameriprise is continuing to attempt to court outside recruiters with deep ties to the independent-contractor business to gain ground there, industry observers said.

Still, Ameriprise feels good about its franchisee business.

"Our overall franchisee retention and retention rates are as high as they've ever been," said Chris Reese, a company spokesman.

Figures provided by the company show growth in the number of reps and advisers in its franchisee platform. Last year, Ameriprise had 7,712 such reps and advisers, an increase of about 2% from 2006.

Meanwhile, the firm has been cutting back on the number of em-ployee reps. Last year, it em-ployed 2,541 reps and advisers, down about 17% from the 2006 level.

*Bruce Kelly can be reached at bkelly@crain.com.*

Clearing Firm    - Select -

Presented by

**MOST WATCHED VIDEO**


2:06    Using alternative investments in place of bonds in a portfolio
Dorothy Weaver Founder & CEO, Collins Capital


1:10    Why RIA firms are hiring COOs to help them grow
Sue Thompson Managing Director, Blackrock


2:00    Finding the right amount of risk for your clients
Sandy Lincoln Managing Director and Chief Market Strategist, BMO Asset Management U.S.

**UPCOMING EVENTS**

**Monday, May 12 - Tuesday, May 13**
**Conference:** 2014 Retirement Income Summit
Generate. Sustain. Protect.



**Bruce Kelly** | Email | @twitter | LinkedIn | Google

Bruce Kelly covers the securities industry, with a focus on independent broker-dealers; please contact him if you have news, information or industry scuttlebutt to discuss.

#### Like what you've read?

No comments yet. Leave your feedback.

## CONTINUE READING



**Heavy trading and a jump in shares of National Holdings Corp. lead to speculation about whether an acquisition is imminent**

Independent B-D microcap looks like a bargain, recruiter says



**LPL signs deal with Millennium Trust for rollover leads**

Service will allow retirement plan sponsors to shed participants who can't be located or who are nonresponsive



**National Planning slammed with $6.2M arbitration award**

Indie B-D and former broker 'breached fiduciary duty, were negligent,' complaint says

About Us   Contact Us   Editorial Calendar   Media Kit   Reprints & Permissions   Mobile Version

**Subscriber Services**
Get the Print Edition
My Account
New sletter Sign Up

**Tools & Resources**
B-D Data Center
IQ Center
Most Popular
Issue Index
Topics and Departments
How to Talk to Reporters

White Papers
Tech Directory
Career Connection
Deal Tracker
Special Reports
Sponsored Supplements

**Events**
Retirement Income Summit
Alternative Investments Conference
Community Leadership Aw ards
RIIA Aw ards
Best Practices Aw ards and Workshop

**Affiliates**
Pensions & Investments
Crain Publications

Copyright © 2013 **Crain Communications Inc.** Use of editorial content w ithout permission is strictly prohibited. **Privacy Policy** and **Terms & Conditions** are applicable to you. All rights reserved.