**44 MINUTES**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 12/4/13

Case No.   C-13-5160 SI          Judge:   SUSAN ILLSTON

Title: XIMPLEWARE  -v- VERSATA SOFTWARE

Attorneys: Jack Russo, Ansel Halliburton          Amir Alavi, Ben Foster, David Bohrer, Greg Tamkin

Deputy Clerk:  Tracy Kasamoto Court Reporter: JoAnn Bryce

## PROCEEDINGS

1)   Plaintiff's Motion for TRO - Held

2) 

3) 

Order to be prepared by:  (  )Pltf   (  )Deft   ( X)Court

Tentative Disposition :  (  ) GRANTED, ( x ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED                                         PART

Case continued to    @ **3:00 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: