1

2

GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile:  (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
***Attorneys for Defendants Ameriprise Financial, Inc.***
***and Ameriprise Financial Services, Inc.***

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| XIMPLEWARE CORP.,<br><br>           Plaintiff,<br><br>v.<br><br>VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, INC.; AND AUREA SOFTWARE, INC A/K/A AUREA, INC.,.,<br><br>           Defendants. | Case No. 13-cv-05160 SI<br><br><br>DEFENDANTS AMERIPRISE FINANCIAL, INC. AND AMERIPRISE FINANCIAL SERVICES, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS |

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE THAT: On December 3, 2013, Defendants Ameriprise Financial,

Inc. and Ameriprise Financial Services, Inc., ("Ameriprise") filed a motion to dismiss Plaintiff

XimpleWare Corp.'s ("XimpleWare") claims of copyright infringement, unjust enrichment, unfair

competition, and declaratory relief alleged in its Complaint filed in this action.  (Dkt. No. 41.)  On

December 17, 2013, the date its Opposition to Ameriprise's motion was due, Plaintiff XimpleWare

instead filed an Amended Complaint.  (Dkt. No. 48.)  Pursuant to Civil L.R. 7-7, Ameriprise hereby

notifies the Court that it is accordingly withdrawing its pending motion to dismiss, and will timely

file a renewed response to the Amended Complaint.  Fed. R. Civ. P. Rule 15(a)(3).

1    Dated December 31, 2013.

2                                              /s/ Gregory S. Tamkin
                                               Gregory S. Tamkin
3                                              Case Collard
                                               DORSEY & WHITNEY, LLP
4                                              Email: tamkin.greg@dorsey.com
                                               Email: collard.case@dorsey.com
5                                              1400 Wewatta Street, Suite 400
                                               Denver, CO 80202-5549
6                                              Telephone:(303) 629-3400
                                               Facsimile: (303) 629-3450
7

8                                              ***Attorneys for Defendants Ameriprise Financial, Inc.
                                               and Ameriprise Financial Services, Inc.***

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMERIPRISE'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
CASE NO. 13-CV-05160 SI

1

CERTIFICATE OF SERVICE

2

On December 31, 2013, I caused the foregoing document, titled DEFENDANTS

3

AMERIPRISE FINANCIAL, INC. AND AMERIPRISE FINANCIAL SERVICES, INC.'S NOTICE

4

OF WITHDRAWAL OF MOTION TO DISMISS, to be electronically filed with the court, which will

5

cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing

6

system and sent to all parties in this case.  Pursuant to General Order No. 45, Sections II.G. and IX,

7

the Notice of Electronic Filing when e-mailed to the email addresses of record for counsel in the case

8

constitutes service on the receiving parties.

9

/s/ Gregory S. Tamkin
Gregory S. Tamkin

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28