-EXHIBIT 3-
To Defendant Ameriprise's
Renewed Motion to Dismiss
XimpleWare v. Versata, et al [13-cv-5160-SI]

Pages 1 - 38

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Susan Illston, Judge

| | |
|---|---|
| XIMPLEWARE CORP., a California corporation,<br><br>        Plaintiff,<br><br>  VS.<br><br>VERSATA SOFTWARE, INC., f/k/a TRILOGY SOFTWARE, INC., a Delaware corporation; TRILOGY DEVELOPMENT GROUP, INC., a California corporation; AMERIPRISE FINANCIAL, INC., a Delaware corporation; and AMERIPRISE FINANCIAL SERVICES, INC., a Delaware corporation,<br><br>        Defendants. | NO. C 13-05160 SI |

San Francisco, California
Wednesday, December 4, 2013

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        COMPUTERLAW GROUP LLP
        401 Florence Street
        Palo Alto, California 94301
  **BY:  JACK RUSSO, ATTORNEY AT LAW**
        **ANSEL HALLIBURTON, ATTORNEY AT LAW**

    **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
             Official Reporter

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendants Versata Software, Inc., f/k/a Trilogy Software,
     Inc., & Trilogy Development Group, Inc.:
 3                       AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI
                            & MENSING
 4                       3460 One Houston Center
                         1221 McKinney
 5                       Houston, Texas  77010
                    BY:  AMIR ALAVI, ATTORNEY AT LAW
 6                       BENJAMIN F. FOSTER, ATTORNEY AT LAW

 7                       VALOREM LAW GROUP
                         60 South Market - Suite 1400
 8                       San Jose, California  95113
                    BY:  DAVID C. BOHRER, ATTORNEY AT LAW
 9
     For Defendants Ameriprise Financial, Inc., and Ameriprise
10   Financial Services, Inc.:
                         DORSEY & WHITNEY LLP
11                       1400 Wewatta Street - Suite 400
                         Denver, Colorado  80202
12                  BY:  GREGORY S. TAMKIN, ATTORNEY AT LAW

13

14

15

16

17

18

19

20

21

22

23

24

25
```

said, "There is a loss of control from the lack of our copyright notice being on the copies that you distributed."

Counsel's admitted as much. He just says, "Well, it's object code so we don't have to do it. We don't have to use a copyright notice."

**THE COURT:** All right. So what do you say?

**MR. ALAVI:** Your Honor, I think Mr. Russo's argument is an interesting argument but it ignores the reality of how enterprise software is distributed and used by Fortune 500 companies, and that's who we're talking about. We're talking about Fortune 500 companies that received Versata Software, as well as the XimpleWare software, pursuant to a master license agreement that has restrictions on their ability to distribute the software outside their enterprise.

So the idea that a company like Ameriprise, who has a license agreement with Versata that prohibits their ability to distribute the software that they have received to anyone else, would suddenly distribute the XimpleWare software all over the world, it's not believable.

And there's certainly no evidence that any of Versata's customers, who all have agreements with Versata that restrict their ability to use and distribute the software they've received, are going to go out and distribute the XimpleWare object code to the rest of the world. Not a shred of evidence of it and it doesn't make sense given the types of customers