**Registration Number**

# TX 7-727-556

**Effective date of registration:**

September 4, 2013

## Title
**Title of Work:** vtd-xml version 2.3

## Completion/Publication
**Year of Completion:** 2008

**Date of 1st Publication:** February 23, 2008    **Nation of 1st Publication:** United States

## Author

- **Author:** XimpleWare, Inc.
  **Author Created:** computer program

  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** XimpleWare, Inc.

291 Oakhurst Way, Milpitas, CA, 95035, United States

## Limitation of copyright claim
**Material excluded from this claim:** computer program, Claim excludes CUP Parser Generator for Java, which is a software component included within the work

**New material included in claim:** computer program

## Rights and Permissions
**Organization Name:** Computerlaw Group LLP
**Name:** Ansel Halliburton
**Email:** ahalliburton@computerlaw.com    **Telephone:** 650-327-9800
**Address:** 401 Florence Street

Palo Alto, CA 94301 United States

## Certification

Page 1 of 2

Exhibit 1 to Opposition to Motion to Dismiss

**Name:** Ansel Halliburton

**Date:** September 4, 2013

**Applicant's Tracking Number:** XIMP

---

Exhibit 1 to Opposition to Motion to Dismiss               Page 2 of 2

**Registration #:**  TX0007727556

**Service Request #:**  1-988999231

 

Computerlaw Group LLP
Ansel Halliburton
Computerlaw Group LLP
401 Florence Street
Palo Alto, CA 94301

```
Exhibit 1 to Opposition to Motion to Dismiss
```