GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile:  (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
**Attorneys for Defendants Ameriprise Financial, Inc.**
**and Ameriprise Financial Services, Inc.**

JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
ANSEL HALLIBURTON (State Bar No. 282906)
COMPUTER LAW GROUP LLP
Email: jrusso@computerlaw.com
Email: csargent@computerlaw.com
Email: ahalliburton@computerlaw.com
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile:  (650) 618-1863
**Attorneys for Plaintiff XimpleWare Corp.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIMPLEWARE CORP., <br><br> Plaintiff, <br><br> v. <br><br> VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, INC.; AND AUREA SOFTWARE, INC A/K/A AUREA, INC., <br><br> Defendants. | Case No. 13-cv-05160 SI <br><br> JOINT STIPULATION BETWEEN PLAINTIFF XIMPLEWARE AND DEFENDANT AMERIPRISE FOR EXTENSION OF DEADLINES TO FILE ADR CERTIFICATION, AND EITHER STIPULATE TO AN ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE |

1
JOINT STIPULATION BETWEEN PLAINTIFF XIMPLEWARE AND DEFENDANT AMERIPRISE FOR EXTENSION OF DEADLINES TO FILE ADR CERTIFICATION, AND EITHER STIPULATE TO AN ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE

CASE NO. 13-CV-05160 SI

Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc., ("Ameriprise") respectfully submits by mutual agreement of Plaintiff XimpleWare Corporation ("XimpleWare") , through its undersigned attorneys, this Stipulation to extend the deadlines for the parties to file their ADR certifications, and either a Stipulate to an ADR process, or a Notice of Need for ADR Phone Conference (the "ADR deadlines").  Docket No. 7 initially set the ADR deadlines for January 15, 2014 and the case management conference for February 5, 2014.  Subsequently, the case management conference was reset to March 7, 2014 (Dkt. No. 43, Clerk's Notice) but the ADR deadlines were not reset.

Ameriprise and XimpleWare hereby stipulate as follows: XimpleWare and Ameriprise have agreed to extend the ADR deadlines to February 14, 2014, which is 21 days before the case management conference set for March 7, 2014.  So Stipulated the 15th day of January, 2014.

Dated January 15, 2014.

/s/ Case Collard
Gregory S. Tamkin
Case Collard
DORSEY & WHITNEY, LLP
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone:(303) 629-3400
Facsimile: (303) 629-3450

***Attorneys for Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc.***

2
JOINT STIPULATION BETWEEN PLAINTIFF XIMPLEWARE AND DEFENDANT AMERIPRISE FOR EXTENSION OF DEADLINES TO FILE ADR CERTIFICATION, AND EITHER STIPULATE TO AN ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE

CASE NO. 13-CV-05160 SI

1
2
3
4
5
6
7
8

/s/ Jack Russo
Jack Russo
Christopher Sargent
Ansel Halliburton
COMPUTER LAW GROUP LLP
Email: jrusso@computerlaw.com
Email: csargent@computerlaw.com
Email: ahalliburton@computerlaw.com
401 Florence Street
Palo Alto, CA 94301
Telephone:(650) 327-9800
Facsimile: (650) 618-1863

*Attorneys for Plaintiff XimpleWare Corp.*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
JOINT STIPULATION BETWEEN PLAINTIFF XIMPLEWARE AND DEFENDANT AMERIPRISE FOR EXTENSION OF DEADLINES TO FILE ADR CERTIFICATION, AND EITHER STIPULATE TO AN ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE

CASE NO. 13-CV-05160 SI

CERTIFICATE OF SERVICE

On January 15, 2014, I caused the foregoing document, titled JOINT STIPULATION BETWEEN PLAINTIFF XIMPLEWARE AND DEFENDANT AMERIPRISE FOR EXTENSION OF DEADLINES TO FILE ADR CERTIFICATION, AND EITHER STIPULATE TO AN ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE, electronically filed with the court, which will cause a Notice of Electronic Filing to be automatically generated by the court's electronic filing system and sent to all parties in this case. Pursuant to General Order No. 45, Sections II.G. and IX, the Notice of Electronic Filing when e-mailed to the email addresses of record for counsel in the case constitutes service on the receiving parties.

/s/ Case Collard
Case Collard