GREGORY S. TAMKIN (State Bar No. 175009)
CASE COLLARD (State Bar No. 245834)
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549
Telephone: (303) 629-3400
Facsimile:  (303) 629-3450
Email: tamkin.greg@dorsey.com
Email: collard.case@dorsey.com
*Attorneys for Defendants Ameriprise Financial, Inc.
and Ameriprise Financial Services, Inc.*

JACK RUSSO (State Bar No. 96068)
CHRISTOPHER SARGENT (State Bar No. 246285)
ANSEL HALLIBURTON (State Bar No. 282906)
COMPUTER LAW GROUP LLP
Email: jrusso@computerlaw.com
Email: csargent@computerlaw.com
Email: ahalliburton@computerlaw.com
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile:  (650) 618-1863
*Attorneys for Plaintiff XimpleWare Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XIMPLEWARE CORP., <br><br> Plaintiff, <br><br> v. <br><br> VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC.; TRILOGY DEVELOPMENT GROUP, INC.; AMERIPRISE FINANCIAL, INC.; AMERIPRISE FINANCIAL SERVICES, INC.; AND AUREA SOFTWARE, INC A/K/A AUREA, INC., <br><br> Defendants. | Case No. 13-cv-05160 SI <br><br><br> [PROPOSED] ORDER FOR EXTENSION OF DEADLINES TO FILE ADR CERTIFICATION, AND EITHER STIPULATE TO AN ADR PROCESS OR NOTICE OF NEED FOR ADR PHONE CONFERENCE |

Based on the Stipulation between parties, **IT IS HERBY ORDERED THAT** the deadlines

for the parties to file their ADR certifications, and either a Stipulate to an ADR process, or a Notice of Need for ADR Phone Conference for Plaintiffs XimpleWare Corporation and Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc., ("Ameriprise") are extended to February 14, 2014.

Dated _____,2014.

                                                      Susan Illston
                                                      United States District Judge