UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, California Corporation<br><br>Plaintiff,<br><br>v.<br><br>**Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc**. a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.** a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.,** a Delaware corporation,<br><br>Defendants. | Case No. 3:13-cv-05160-SI<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF XIMPLEWARE CORP'S CLAIMS OF DIRECT AND CONTRIBUTORY COPYRIGHT INFRINGEMENT, LANHAM ACT VIOLATION, BREACH OF CONTRACT, BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING, UNJUST ENRICHMENT, INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE, UNFAIR COMPETITION AND DECLARATORY RELIEF |

**PROPOSED ORDER**

After considering Versata Software, Inc., Trilogy Development Group, Inc., and Aurea Software Inc.'s ("Versata Defendants'") Motion to Dismiss Plaintiff's Claims of Direct and Contributory Copyright Infringement, Lanham Act Violation, Breach of Contract, Breach of Covenant of Good Faith and Fair Dealing, Unjust Enrichment, Interference with Prospective Economic Advantage, Unfair Competition and Declaratory Relief, the Court ORDERS as follows:

Versata Defendants' Motion is GRANTED. XimpleWare's First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth and Ninth Counts against the Versata Defendants are DISMISSED WITHOUT LEAVE TO AMEND.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Susan Illston
United States Senior District Judge