UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

XimpleWare Corp.

              Plaintiff(s),

Case No. 3:13-cv-5160-SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Versata Software Inc., et al.,

              Defendant(s).

_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.cand.uscourts.gov/adr *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/15/2014

[Party]

Dated: 1/15/2014

[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 11/13