1   Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
    Alisa Lipski (SBN 278710)
2   1221 McKinney, Suite 3460
    Houston, Texas 77010
3   Tel: 713-655-1101
    Fax: 713-655-0062
4   Email: alipski@azalaw.com
5
    Valorem Law Group
6   David C. Bohrer (SBN 212397)
    Sixty South Market St., Ste. 1400
7   San Jose, California 95113
    Tel: 408-938-3882
8   Fax: 408-915-2672
    Email: david.bohrer@valoremlaw.com
9
10  *Attorneys for Defendants Versata Software, Inc.,*
    *f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.*
11  *Aurea Software, Inc. a/k/a Aurea, Inc.*
12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
15
16  **XimpleWare Corp**., California          Case No.  13-cv-05160-SI
    Corporation
17                                            ADR CERTIFICATION BY PARTIES AND
                    Plaintiff,                COUNSEL
18
            v.
19
    **Versata Software, Inc. f/k/a Trilogy**
20  **Software, Inc.** a Delaware corporation;
    **Trilogy Development Group, Inc**. a
21  California corporation; **Ameriprise**
    **Financial, Inc.**, a Delaware corporation;
22  **Ameriprise Financial Services, Inc.** a
    Delaware corporation, and **Aurea**
23  **Software, Inc. a/k/a Aurea, Inc.,** a
    Delaware corporation,
24
                    Defendants.
25
26
27
28
    ADR CERTIFICATION              1            CASE NO. 3:13-CV-05160-SI

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

2    that he or she has:

3    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of

4    California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies

5    are available from the clerk's office for parties in cases not subject to the court's Electronic Case

6    Filing program (EFC) under General Order 45);

7    (2) Discussed the available dispute resolution options provided by the Court and provide

8    entities; and

9    (3) Considered whether this case might benefit from any of the available dispute

10   resolution options.

11

12   Dated: January 21, 2014

     _____
     Defendant Versata Software, Inc.
13   f/k/a Trilogy Software, Inc.

14   Dated: January 21, 2014        /s/ Alisa Lipski
                                     _____
                                     Alisa Lipski
15                                   Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
16                                   1221 McKinney, Suite 3460
                                     Houston, Texas 77010
17                                   Tel: 713-655-1101
                                     Fax: 713-655-0062
18                                   Email: alipski@azalaw.com

19                                   *Attorneys for Defendants Versata Software, Inc.,*
                                     *f/k/a Trilogy Software, Inc., Trilogy Development Group,*
20                                   *Inc., Aurea Software, Inc. a/k/a Aurea, Inc.*

21

22

23

24

25

26

27

28

ADR CERTIFICATION                    2                    CASE NO. 3:13-CV-05160-SI