| | |
|---|---|
| 1 | Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. |
| 2 | Alisa Lipski (SBN 278710) |
|   | 1221 McKinney, Suite 3460 |
| 3 | Houston, Texas 77010 |
|   | Tel: 713-655-1101 |
| 4 | Fax: 713-655-0062 |
|   | Email: alipski@azalaw.com |
| 5 | |
|   | Valorem Law Group |
| 6 | David C. Bohrer (SBN 212397) |
|   | Sixty South Market St., Ste. 1400 |
| 7 | San Jose, California 95113 |
|   | Tel: 408-938-3882 |
| 8 | Fax: 408-915-2672 |
| 9 | Email: david.bohrer@valoremlaw.com |

*Attorneys for Defendants Versata Software, Inc.,
f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.
Aurea Software, Inc. a/k/a Aurea, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp**., California Corporation | Case No.  3:13-cv-05160-SI |
| Plaintiff, | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| v. | |
| **Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc**. a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.** a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.,** a Delaware corporation, | |
| Defendants. | |

ADR CERTIFICATION              1              CASE NO. 3:13-CV-05160-SI

1   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies
2   that he or she has:
3   (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of
4   California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies
5   are available from the clerk's office for parties in cases not subject to the court's Electronic Case
6   Filing program (EFC) under General Order 45):
7   (2) Discussed the available dispute resolution options provided by the Court and provide
8   entities; and
9   (3) Considered whether this case might benefit from any of the available dispute
10  resolution options.

Dated: January 21, 2014

_____
Defendant Trilogy Development Group, Inc.

Dated: January 21, 2014      /s/ Alisa Lipski
                             Alisa Lipski
                             Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
                             1221 McKinney, Suite 3460
                             Houston, Texas 77010
                             Tel: 713-655-1101
                             Fax: 713-655-0062
                             Email: alipski@azalaw.com

                             *Attorneys for Defendants Versata Software, Inc.,
                             f/k/a Trilogy Software, Inc., Trilogy Development Group,
                             Inc., Aurea Software, Inc. a/k/a Aurea, Inc.*