Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
Alisa Lipski (SBN 278710)
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

Valorem Law Group
David C. Bohrer (SBN 212397)
Sixty South Market St., Ste. 1400
San Jose, California 95113
Tel: 408-938-3882
Fax: 408-915-2672
Email: david.bohrer@valoremlaw.com

*Attorneys for Defendants Versata Software, Inc.,
f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.
Aurea Software, Inc. a/k/a Aurea, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, California Corporation<br><br>Plaintiff,<br><br>v.<br><br>**Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc**. a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.** a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.,** a Delaware corporation,<br><br>Defendants. | Case No.  3:13-cv-05160-SI<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

ADR CERTIFICATION                                   1                        CASE NO. 3:13-CV-05160-SI

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (EFC) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and provide entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 21, 2014

_____
Defendant Aurea Software, Inc., a/k/a Aurea, Inc.

Dated: January 21, 2014

/s/ Alisa Lipski
Alisa Lipski
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

*Attorneys for Defendants Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., Aurea Software, Inc. a/k/a Aurea, Inc.*