1  Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
   Alisa Lipski (SBN 278710)
2  1221 McKinney, Suite 3460
3  Houston, Texas 77010
   Tel: 713-655-1101
4  Fax: 713-655-0062
   Email: alipski@azalaw.com
5
   Valorem Law Group
6  David C. Bohrer (SBN 212397)
7  Sixty South Market St., Ste. 1400
   San Jose, California 95113
8  Tel: 408-938-3882
   Fax: 408-915-2672
9  Email: david.bohrer@valoremlaw.com

10 *Attorneys for Defendants Versata Software, Inc.,*
   *f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.*
11 *and Aurea Software, Inc. a/k/a Aurea, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, California Corporation<br><br>Plaintiff,<br><br>v.<br><br>**Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc**. a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.** a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.,** a Delaware corporation,<br><br>Defendants. | **Case No.  13-cv-05160-SI**<br><br>**DEFENDANTS VERSATA SOFTWARE, INC. F/K/A TRILOGY SOFTWARE, INC., TRILOGY DEVELOPMENT GROUP, INC., AND AUREA SOFTWARE, INC. A/K/A AUREA, INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**Judge: Hon. Susan Illston** |

Pursuant to Federal Rule of Civil Procedure 7.1, Versata Software, Inc. f/k/a Trilogy Software, Inc.; Versata Development Group, Inc. f/k/a Trilogy Development Group, Inc.; and Aurea Software, Inc. a/k/a Aurea, Inc., hereby state as follows:

1. Versata Enterprises, Inc. is the parent of Versata Software, Inc.

2. Trilogy Development Group, Inc., a California corporation, merged out into Trilogy Development Group, Inc. a Delaware Corporation in 1992. That company has subsequently been renamed Versata Development Group, Inc., its parent company is Versata Enterprises, Inc.

3. Trilogy, Inc. is the parent of Versata Enterprises, Inc.;

4. ESW Capital LLC is the parent of Aurea Software, Inc.

5. No publicly held company owns 10% or more of Versata Software, Inc. or ESW Capital LLC.

Dated: February 28, 2014    Respectfully Submitted,

Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.

/s/ Alisa Lipski
Alisa Lipski (SBN 278710)
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

Valorem Law Group
David C. Bohrer (SBN 212397)
Sixty South Market St., Ste. 1400
San Jose, California 95113
Tel: 408-938-3882
Fax: 408-915-2672
Email: david.bohrer@valoremlaw.com

***Attorneys for Defendants Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc. and Aurea Software, Inc. a/k/a Aurea, Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: February 28, 2014  /s/ Alisa Lipski
Alisa Lipski