IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIMPLEWARE INC, | No. C 13-05160 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| VERSATA SOFTWARE INC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 25, 2014 at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 3, 2014.

DESIGNATION OF EXPERTS: 10/17/14; REBUTTAL: 11/7/14.
        Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by January 16, 2015;

        Opp. Due January 30, 2015;  Reply Due February 6, 2014;

         and set for hearing no later than February 20, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 31, 2015 at 3:30 PM.

JURY TRIAL DATE:  April 13, 2015 at 8:30 AM.,
        Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to participate in private mediation within 90 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/21/14

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California