IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XIMPLEWARE INC,                   No. C 13-05160 SI

        Plaintiff,                          **SECOND PRETRIAL PREPARATION ORDER**

  v.

VERSATA SOFTWARE INC,

        Defendant.
                                  /

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 7, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 19, 2014.

DESIGNATION OF EXPERTS: 1/15/15; REBUTTAL: 2/6/15.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 13, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by March 20, 2015;

      Opp. Due April 3, 2015;  Reply Due April 10, 2015;

      and set for hearing no later than April 24, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 26, 2015 at 3:30 PM.

JURY TRIAL DATE: June 8, 2015 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court continued the trial schedule as indicated above.
The parties will participate in mediation on 8/27/14.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/28/14

                                            SUSAN ILLSTON
                                            United States District Judge