IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIMPLEWARE INC, | No. C 13-05160 SI |
| Plaintiff, | **SECOND (AMENDED)**<br>**PRETRIAL PREPARATION ORDER** |
| v. | |
| VERSATA SOFTWARE INC, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 7, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 19, 2014.

DESIGNATION OF EXPERTS: 1/15/15; REBUTTAL: 2/6/15.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 13, 2015.

DISPOSITIVE MOTIONS **SHALL** be filed by March 20, 2015;

    Opp. Due April 3, 2015;  Reply Due April 10, 2015;

    and set for hearing no later than April 24, 2015 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 26, 2015 at 3:30 PM.

JURY TRIAL DATE: June 8, 2015 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel are in the process of preparing a protective order.
The Court continued the trial schedule as indicated above.
The parties have agreed to participate in another mediation session with Judge Ware before the end of the year.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/29/14

SUSAN ILLSTON
United States District Judge