|   |   |
|---|---|
| 1 | |
| 2 | |

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XimpleWare Corp., | ) Case No: 3:13-cv- 05160 |
| Plaintiff(s), | ) |
| v. | ) **APPLICATION FOR** |
| Versata Software, Inc., et al., | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| Defendant(s). | ) (CIVIL LOCAL RULE 11-3) |

I, Steven J. Mitby, an active member in good standing of the bar of the Supreme Court of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Versata Software, Inc., et al. in the above-entitled action. My local co-counsel in this case is David C. Bohrer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ahmad, Zavitsano, Anaikapos, et al. | Valorem Law Group |
| 1221 McKinney, Ste. 3460, Houston, TX 77010 | 60 S. Market St., Ste. 1250, San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (713) 600-4910 | (408) 938-3883 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| smitby@azalaw.com | david.bohrer@valoremlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24004922.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/09/14

Steven J. Mitby<br>APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven J. Mitby is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 9, 2014

[signature: Susan Illston]<br>UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*