1  Jack Russo (Cal. Bar No. 96068)
   Christopher Sargent (Cal. Bar No. 246285)
2  Ansel Halliburton (Cal. Bar No. 282906)
   COMPUTERLAW GROUP LLP
3  401 Florence Street
   Palo Alto, CA 94301
4  (650) 327-9800
   (650) 618-1863 fax
5  jrusso@computerlaw.com
   csargent@computerlaw.com
6  ahalliburton@computerlaw.com

7  Attorneys for Plaintiff
   XIMPLEWARE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **XimpleWare Corp.**, a California Corporation,<br><br>    Plaintiff;<br><br>    v.<br><br>**Versata Software, Inc., f/k/a Trilogy Software, Inc.,** a Delaware corporation; **Trilogy Development Group, Inc.**, a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; **Ameriprise Financial Services, Inc.**, a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.**, a Delaware corporation,<br><br>    Defendants. | **Case No. 3:13-cv-5160 SI**<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING STIPULATION TO WITHDRAW AND REFILE MOTION FOR PRELIMINARY INJUNCTION** |

**[PROPOSED] ORDER**

Based on the Stipulation between parties, IT IS HEREBY ORDERED THAT XimpleWare's Renewed Motion for Preliminary Injunction, docket number 94, is withdrawn without prejudice and the the hearing set for October 15, 2014 is vacated.

**IT IS SO ORDERED.**

Dated: 10/9, 2014

Susan Illston
United States District Judge