Alisa Lipski (SBN 278710)
Amir H. Alavi (Admitted *Pro Hac Vice*)
Benjamin F. Foster (Admitted *Pro Hac Vice*)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Email: aalavi@azalaw.com
Email:bfoster@azalaw.com

David C. Bohrer (SBN 212397)
Valorem Law Group
60 South Market St., Ste. 1400
San Jose, CA 95113
Tel: 408-938-3882
Fax: 408-915-2672
Email: david.bohrer@valoremlaw.com

Attorneys for Defendants Versata Software, Inc.,
f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.
and Aurea Software, Inc. a/k/a Aurea, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, California Corporation<br><br>Plaintiff,<br><br>v.<br><br>**Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc**. a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.** a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.,** a Delaware corporation,<br><br>Defendants. | Case No. 3:13-cv-05160-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE     1     CASE NO. 3:13-CV-05160

## STIPULATION TO CONTINUE HEARING DATE

This stipulation is entered into by Plaintiff XimpleWare, Corp. and Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc., ("Ameriprise"), and Defendants Versata Software, Inc. f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., ("Versata") and Aurea Software, Inc. a/k/a Aurea, Inc. ("Aurea") through its undersigned attorneys, this Stipulation to Continue the Case Management Conference.

## RECITALS

WHEREAS the Case Management Conference is currently set in U.S. District Court of the Northern District of California on November 12, 2014 at 3:00 P.M.

WHEREAS the parties are appearing before the Court on November 21, 2014, for a hearing on XimpleWare's motion for preliminary injunction (Doc. No. 102).

WHEREAS the parties jointly request the Case Management Conference date to be reset until after that hearing is completed.

THEREFORE, counsel for the above mentioned parties stipulate to continue the date of the Case Management Conference, currently set for November 12, 2014 at 3:00 P.M., to December 12, 2014 at 3:00 P.M.

| | | |
|---|---|---|
| 1 | Dated: November 5, 2014 | /s/ Alisa Lipski |
| 2 | | Alisa Lipski (SBN 278710) |
| | | Amir H. Alavi (Admitted *Pro Hac Vice*) |
| 3 | | Benjamin F. Foster (Admitted *Pro Hac Vice*) |
| | | Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. |
| 4 | | 1221 McKinney, Suite 3460 |
| | | Houston, Texas 77010 |
| 5 | | Tel: 713-655-1101 |
| | | Fax: 713-655-0062 |
| 6 | | Email: alipski@azalaw.com |
| | | Email: aalavi@azalaw.com |
| 7 | | Email:bfoster@azalaw.com |

David C. Bohrer (SBN 212397)
Valorem Law Group
60 South Market St., Ste. 1400
San Jose, CA 95113
Tel: 408-938-3882
Fax: 408-915-2672
Email: david.bohrer@valoremlaw.com

**Attorneys for Defendants Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., and Aurea Software, Inc. a/k/a Aurea, Inc.**

Dated: November 5, 2014        /s/ Christopher Sargent
Jack Russo
Christopher Sargent
Ansel Halliburton
Computer Law Group LLP
Email: jrusso@computerlaw.com
Email: csargent@computerlaw.com
Email: ahalliburton@computerlaw.com
401 Florence Street
Palo Alto, CA 94301
Tel: 650-327-9800
Fax: 650-618-1863

**Attorneys for Plaintiff XimpleWare Corp.**

| | |
|---|---|
| Dated: November 5, 2014 | /s/ Case Collard _____<br>Gregory S. Tamkin<br>Case Collard<br>DORSEY &WHITNEY, LLP<br>Email: tamkin.greg@dorsey.com<br>Email: collard.case@dorsey.com<br>1400 Wewatta Street, Suite 400<br>Denver, CO 80202-5549<br>Telephone:(303) 629-3400<br>Facsimile: (303) 629-3450<br>**Attorneys for Defendants Ameriprise Financial, Inc.**<br>**and Ameriprise Financial Services, Inc.** |

**IT IS ORDERED** that the forgoing Agreement is approved.

Dated:   11/10/14                         _____

                                         UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: November 5, 2014        /s/ Alisa Lipski
                               Alisa Lipski

4                                           CASE NO. 3:13-CV-05160