Alisa Lipski (SBN 278710)
Amir H. Alavi (Admitted *Pro Hac Vice*)
Benjamin F. Foster (Admitted *Pro Hac Vice*)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 3460
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com
Email: aalavi@azalaw.com
Email:bfoster@azalaw.com

David C. Bohrer (SBN 212397)
Valorem Law Group
60 South Market St., Ste. 1400
San Jose, CA 95113
Tel: 408-938-3882
Fax: 408-915-2672
Email: david.bohrer@valoremlaw.com

Attorneys for Defendants Versata Software, Inc.,
f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc.
and Aurea Software, Inc. a/k/a Aurea, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>**Versata Software, Inc. f/k/a Trilogy Software, Inc.** a Delaware corporation; **Trilogy Development Group, Inc**. a California corporation; **Ameriprise Financial, Inc.**, a Delaware corporation; **Ameriprise Financial Services, Inc.** a Delaware corporation, and **Aurea Software, Inc. a/k/a Aurea, Inc.,** a Delaware corporation,<br><br>Defendants. | Case No.  3:13-cv-05160-SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

| | | |
|---|---|---|
| STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE | 1 | CASE NO. 3:13-CV-05160 |

### STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE DATE

This stipulation is entered into by Plaintiff XimpleWare, Corp. and Defendants Ameriprise Financial, Inc. and Ameriprise Financial Services, Inc., ("Ameriprise"), and Defendants Versata Software, Inc. f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., ("Versata") and Aurea Software, Inc. a/k/a Aurea, Inc. ("Aurea") through its undersigned attorneys.

### RECITALS

WHEREAS the Case Management Conference is currently set in U.S. District Court of the Northern District of California on December 12, 2014 at 3:00 P.M.

WHEREAS the severe weather in the bay area is disrupting travel and communications in San Francisco and counsel for all parties are either travelling from out of state for the hearing or attempting to appear by phone.

WHEREAS the parties jointly request the Case Management Conference date to be reset one week.

THEREFORE, counsel for the above mentioned parties stipulate to continue the date of the Case Management Conference, currently set for December 12, 2014 at 3:00 P.M., to December 19, 2014 at 3:00 P.M.

| | | |
|---|---|---|
| 1 | Dated: November 5, 2014 | /s/ Alisa Lipski |
| 2 | | Alisa Lipski (SBN 278710) |
| | | Amir H. Alavi (Admitted *Pro Hac Vice*) |
| 3 | | Benjamin F. Foster (Admitted *Pro Hac Vice*) |
| | | Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C. |
| 4 | | 1221 McKinney, Suite 3460 |
| | | Houston, Texas 77010 |
| 5 | | Tel: 713-655-1101 |
| | | Fax: 713-655-0062 |
| 6 | | Email: alipski@azalaw.com |
| 7 | | Email: aalavi@azalaw.com |
| | | Email:bfoster@azalaw.com |

Dated: November 5, 2014         /s/ Alisa Lipski
                                Alisa Lipski (SBN 278710)
                                Amir H. Alavi (Admitted *Pro Hac Vice*)
                                Benjamin F. Foster (Admitted *Pro Hac Vice*)
                                Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
                                1221 McKinney, Suite 3460
                                Houston, Texas 77010
                                Tel: 713-655-1101
                                Fax: 713-655-0062
                                Email: alipski@azalaw.com
                                Email: aalavi@azalaw.com
                                Email:bfoster@azalaw.com

                                David C. Bohrer (SBN 212397)
                                Valorem Law Group
                                60 South Market St., Ste. 1400
                                San Jose, CA 95113
                                Tel: 408-938-3882
                                Fax: 408-915-2672
                                Email: david.bohrer@valoremlaw.com

                                **Attorneys for Defendants Versata Software, Inc., f/k/a Trilogy Software, Inc., Trilogy Development Group, Inc., and Aurea Software, Inc. a/k/a Aurea, Inc.**


Dated: November 5, 2014         /s/ Christopher Sargent
                                Jack Russo
                                Christopher Sargent
                                Ansel Halliburton
                                Computer Law Group LLP
                                Email: jrusso@computerlaw.com
                                Email: csargent@computerlaw.com
                                Email: ahalliburton@computerlaw.com
                                401 Florence Street
                                Palo Alto, CA 94301
                                Tel: 650-327-9800
                                Fax: 650-618-1863

                                **Attorneys for Plaintiff XimpleWare Corp.**

Dated: November 5, 2014        /s/ Case Collard
                               Gregory S. Tamkin
                               Case Collard
                               DORSEY &WHITNEY, LLP
                               Email: tamkin.greg@dorsey.com
                               Email: collard.case@dorsey.com
                               1400 Wewatta Street, Suite 400
                               Denver, CO 80202-5549
                               Telephone:(303) 629-3400
                               Facsimile: (303) 629-3450
                               **Attorneys for Defendants Ameriprise Financial, Inc.
                               and Ameriprise Financial Services, Inc.**

IT IS SO ORDERED that the forgoing Agreement is approved.

Dated:  12/12/14              _____

                               UNITED STATES DISTRICT JUDGE

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: November 5, 2014        /s/ Alisa Lipski
                               Alisa Lipski

4834-7934-9024, v. 1