Jack Russo (Cal. Bar No. 96068)
Christopher Sargent (Cal. Bar No. 246285)
COMPUTERLAW GROUP LLP
401 Florence Street
Palo Alto, CA 94301
(650) 327-9800
(650) 618-1863 fax
jrusso@computerlaw.com
csargent@computerlaw.com

Attorneys for Plaintiff
XIMPLEWARE CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **XimpleWare Corp.**, a California Corporation,<br><br>　　　　　Plaintiff;<br><br>　　v.<br><br>**Versata Software, Inc., f/k/a Trilogy Software, Inc.,** a Delaware corporation; **Trilogy Development Group, Inc.**, a California corporation; **Ameriprise Financial, Inc.,** a Delaware corporation; and **Ameriprise Financial Services, Inc.**, a Delaware corporation,<br><br>　　　　　Defendants. | Case No. 3:13-cv-5160-SI<br><br>**NOTICE OF SETTLEMENT** |

| | |
|---|---|
| 1 | **NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that following Mediation with the Hon. James Ware (Ret.) a settlement has been reached in this matter. It is anticipated by the parties that all parties will jointly execute a dismissal with prejudice later this month following the execution of formal documents among and between the parties.

Dated: February 10, 2015

COMPUTERLAW GROUP LLP

By:  /s/ Jack Russo
Jack Russo
Christopher Sargent

Attorneys for Plaintiff
XIMPLEWARE CORP